# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 13-1093                                     September Term, 2014

EPA-78FR6674

**Filed On:** July 21, 2015

Delaware Department of Natural Resources
and Environmental Control,

       Petitioner

     v.

Environmental Protection Agency,

       Respondent
-----------------------------
Electric Power Supply Association, et al.,
       Intervenors
-----------------------------
Consolidated with 13-1102, 13-1104

    **BEFORE:**   Garland, Chief Judge; Williams and Randolph, Senior Circuit
             Judges

## O R D E R

Upon consideration of respondent's unopposed petition for panel rehearing, it is

**ORDERED** that the opinion, *Delaware Department of Natural Resources and Environmental Control v. EPA*, 785 F.3d 1 (D.C. Cir. 2015), be amended as follows:

Section VI., p. 18, delete the first sentence of the first ¶, and insert in lieu thereof:

We reverse the challenged rules that contain the 100-hour exemption for operation of emergency engines for purposes of emergency demand response under the National Emissions Standards, 40 C.F.R. § 63.6640(f)(2)(ii)-(iii), and the Performance Standards, 40 C.F.R. §§ 60.4211(f)(2)(ii)-(iii), 60.4243(d)(2)(ii)-(iii).

The Clerk is directed to issue the amended opinion and to amend the judgment issued May 1, 2015, to reflect this amendment.

### Per Curiam

                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

       BY:   /s/
             Ken Meadows
             Deputy Clerk